I.D. # 13-2911171

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
**Proposed Attorneys for Sid's Hardware & Homecenter Corp.**
Debtor and Debtor-in-Possession
425 Park Avenue
New York, NY 10022
(212) 754-9400
Alex Spizz (AS-5508)
Arthur Goldstein (AG-8735)
Jill L. Makower (JM-4842)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
In re:

SID'S HARDWARE & HOMECENTER CORP.,

        Chapter 11
        Case No.

Debtor.
-----------------------------------x

## DECLARATION OF GALIT GOLD PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4 AFFIDAVIT

STATE OF NEW YORK )
                 ) ss.:
COUNTY OF KINGS   )

Galit Gold, being duly sworn, deposes and states:

1. I am the President and sole shareholder of Sid's Hardware & Homecenter Corp., (the "Debtor"). As such, I am familiar with the Debtor's operations, business and financial affairs.

2. I submit this affidavit pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "Local Rules").

3. Part I of this Affidavit describes the Debtor's business and circumstances

248806 v1

leading to the commencement of this Chapter 11 case. Part II provides for information required by Local Bankruptcy Rule 1007-4.

## PART I

## BACKGROUND

4. The Debtor, a New York corporation, operates a 27,000 square foot hardware lumber yard and home center at 345 Jay Street, Brooklyn, New York. The Debtor, which has been serving Brooklyn since 1932, is also a True Value and Benjamin Moore retailer.

5. The Debtor intends to use the Chapter 11 proceeding to restructure its debts, locate and move to alternate space while taking advantage of current revenue streams, thereby enabling it to fund a plan of reorganization.

## PART II

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007

6. In addition to the foregoing, Local Bankruptcy Rule 1007-4 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-4(a)(i)**

7. The Debtor is a Small Business Debtor. The Debtor has attached to its voluntary petition, its most recent balance sheet, statement of operations, cash flow statement and federal income tax return.

**Local Rule 1007-4(a)(ii)**

8. The Debtor operates a hardware, lumber yard and home center at its business premises located at 345 Jay Street, Brooklyn, New York (commonly known as One Metrotech Center). The Debtor and its predecessors have been in business in

Brooklyn, New York since 1932. In 1990 the Debtor moved into a 27,000 square foot premises at its present location at 345 Jay Street, Brooklyn, New York. At the time of the move the Debtor was the first of what it hoped would be many commercial and residential tenants in and around the area. Unfortunately, the area failed to revitalize as quickly as the Landlord, local community leaders and politicians anticipated. During the next 18 years recessions and downturns in the economy continued such that to this day the area is still not completely revitalized. Many of the area's residential and commercial space remain vacant. At the time of the Debtor's move to its present location, the Debtor essentially doubled its space based upon its belief that the surrounding area would revitalize and that its customer base would increase accordingly. In the present economic climate, the Debtor's monthly rent including taxes and miscellaneous charges continue to increase.

9. In September 2007, the Debtor reached a letter agreement with its landlord whereby the Debtor agreed to pay its then outstanding arrears on a monthly basis through February 1, 2012. Unfortunately since the time the agreement was made, the Debtor has seen its sales drop approximately thirty (30%) percent due to the present recession and the area still not yet completely revitalized. As a result, the Debtor has not been able to make all of the payments set forth in the letter agreement. The landlord has terminated the letter agreement and demanded the full amount that the landlord asserts is presently in arrears. In this climate, the Debtor was compelled to seek Chapter 11 bankruptcy protection. The Debtor believes that its core business is strong and that it will be able to utilize the filing to restructure its obligations and reorganize under the aegis of the Bankruptcy Court.

**Local Rule 1007-4(a)(iii)**

10. This case was not originally commenced under Chapter 7 or 13 of the United States Code, 11 U.S.C. §§ 101, et seq., as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code").

**Local Rule 1007-4(a)(iv)**

11. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-4(a)(v)**

12. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting under 11 U.S.C. Section 702; those who were employees of the Debtor at the Filing Date, and creditors who are "insiders" as that term is defined in 11 U.S.C. Section 101(31) is annexed hereto as **Schedule I**.

**Local Rule 1007-4(a)(vi)**

13. The Debtor has no secured creditors.

**Local Rule 1007-4(a)(vii)**

14. A summary of the Debtor's assets and liabilities is annexed as **Schedule II**.

**Local Rule 1007-4(a)(viii)**

15. There are no publicly held securities of the Debtor. Galit Gold is the Debtor's sole shareholder.

**Local Rule 1007-4(a)(ix)**

16. None of the Debtor's property is in the possession of any custodian, public

officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-4(a)(x)**

17. The Debtor's 27,000 square foot premises and office is located at 345 Jay Street, Brooklyn, New York 11201, pursuant to lease agreement dated October 16, 1990 as amended between Forest City Jay Street Associates, L.P. (successor in interest to Jay Street Associates) ("Landlord") and the Debtor. The monthly rent is $57,194.20 with a term that expires on January 31, 2012.

**Local Rule 1007-4(a)(xi)**

18. The Debtor's substantial assets are located at 345 Jay Street, Brooklyn, New York 11201.

19. The Debtor's books and records are located at 345 Jay Street, Brooklyn, New York 11201.

20. The Debtor does not own any assets outside the territorial limits of the United States.

**Local Rule 1007-4(a)(xii)**

21. There is one action currently pending against the Debtor. (See attached **Schedule III**.)

**Local Rule 1007-4(a)(xiii)**

22. The Debtor's senior management consists of William Ruzza (Director of Operations), Galit Gold (Controller) and Richard Potter (General Manager) and Michael Gold (Sales Manager).

**Local Rule 1007-4(a)(xiv)**

23. The estimated payroll to its full time and part time employees (exclusive of officers and directors) for the thirty (30) day period following the filing of the Chapter 11 petition is $60,000.

**Local Rule 1007-4(a)(xv)**

24. The estimated amount to be paid for services to its officers, directors and senior management for the thirty (30) day period following the filing of the Chapter 11 petition is $17,500.

**Local Rule 1007-4(a)(xvi)**

25. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees shall be filed by January 29, 2010.

## **CONCLUSION**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

s/ Galit Gold<br>
Galit Gold, President

Sworn to before me this <u>22nd</u>
day of January, 2010

s/ Michael S. Gold
Notary Public, State of New York
No. 02GO8088933
Qualified in Kings County
Commission Expires March 17, 2011

# SCHEDULE I

# List of Debtor's 20 Largest Unsecured Creditors

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re    Sid's Hardware & Homecenter Corp.      Case No. _____
                                     Debtor(s)      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AF Brooklyn<br>1000 South 2nd Street<br>Harrison, NJ 07029 | AF Brooklyn<br>1000 South 2nd Street<br>Harrison, NJ 07029 | | | 2,104.75 |
| Benjamin Moore Paints<br>203 Kuller Road<br>Clifton, NJ 07011 | Benjamin Moore Paints<br>203 Kuller Road<br>Clifton, NJ 07011 | | | 20,164.92 |
| Bulbrite<br>145 West Commercial Ave<br>Moonachie, NJ 07074 | Bulbrite<br>145 West Commercial Ave<br>Moonachie, NJ 07074 | | | 2,037.13 |
| Con Edison<br>JAF Station<br>P.O. Box 1701<br>New York, NY 10116-1701 | Con Edison<br>JAF Station<br>P.O. Box 1701<br>New York, NY 10116-1701 | | | 17,435.61 |
| Drywall Specialties Corp.<br>81-11 101st Ave<br>Ozone Park, NY 11416 | Drywall Specialties Corp.<br>81-11 101st Ave<br>Ozone Park, NY 11416 | | | 6,340.00 |
| First NY Partners<br>1 Metrotech Center North<br>11th Floor<br>Brooklyn, NY 11201 | First NY Partners<br>1 Metrotech Center North<br>11th Floor<br>Brooklyn, NY 11201 | | | 837,170.98 |
| Howard Berger Company<br>1 South Middlesex Avenue<br>Monroe Township, NJ 08831 | Howard Berger Company<br>1 South Middlesex Avenue<br>Monroe Township, NJ 08831 | | | 18,961.49 |
| L.H. Frishkoff & Company<br>529 Fifth Avenue<br>New York, NY 10017 | L.H. Frishkoff & Company<br>529 Fifth Avenue<br>New York, NY 10017 | | | 16,514.00 |
| N.Y.S. Dept. of Tax & Fin<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | N.Y.S. Dept. of Tax & Fin<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | | | 36,478.82 |
| Oxford Health Insurance<br>P.O. Box 1697<br>Newark, NJ 07101-1697 | Oxford Health Insurance<br>P.O. Box 1697<br>Newark, NJ 07101-1697 | | | 6,626.09 |
| Pacoa<br>7 Harbor Park Drive<br>Port Washington, NY 11050 | Pacoa<br>7 Harbor Park Drive<br>Port Washington, NY 11050 | | | 18,669.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  Sid's Hardware & Homecenter Corp.  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Protect-a-Bed North America LLC<br>624 Haverford Road<br>Haverford, PA 19041 | Protect-a-Bed North America LLC<br>624 Haverford Road<br>Haverford, PA 19041 | | | 2,266.96 |
| Reiss Wholesale Hardware<br>975 Georgia Avenue<br>Brooklyn, NY 11207 | Reiss Wholesale Hardware<br>975 Georgia Avenue<br>Brooklyn, NY 11207 | | | 7,811.28 |
| Satco Products, Inc.<br>110 Heartland Blvd.<br>Brentwood, NY 11717 | Satco Products, Inc.<br>110 Heartland Blvd.<br>Brentwood, NY 11717 | | | 7,599.51 |
| SBH Fasteners<br>1933 Highway 35<br>Suite 315<br>Wall Township, NJ 07719 | SBH Fasteners<br>1933 Highway 35<br>Suite 315<br>Wall Township, NJ 07719 | | | 3,693.21 |
| Standard Wholesale Hardware, Inc.<br>42 Ludlow Street<br>New York, NY 10002 | Standard Wholesale Hardware, Inc.<br>42 Ludlow Street<br>New York, NY 10002 | | | 7,785.71 |
| Sunlite<br>744 Clinton Street<br>Brooklyn, NY 11231 | Sunlite<br>744 Clinton Street<br>Brooklyn, NY 11231 | | | 4,241.18 |
| Tower Graphics<br>681 Coney Island Avenue<br>Brooklyn, NY 11218 | Tower Graphics<br>681 Coney Island Avenue<br>Brooklyn, NY 11218 | | | 2,092.56 |
| Travelers<br>CL Remittance Center<br>Hartford, CT 06183-1008 | Travelers<br>CL Remittance Center<br>Hartford, CT 06183-1008 | | | 3,093.82 |
| Wiener, Crowley & St. John, Inc.<br>135 Fort Lee Road<br>Leonia, NJ 07605 | Wiener, Crowley & St. John, Inc.<br>135 Fort Lee Road<br>Leonia, NJ 07605 | | | 11,289.17 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 22, 2010**  Signature  **/s/ Galit Gold**
                                      **Galit Gold**
                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# SCHEDULE II

# Summary of Estimated Assets and Liabilities as of December 31, 2009

248806 v1

# SID'S HARDWARE & HOME CENTER CORP.
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101 · Citibank | -9,035.59 |
| 102 · Cash - Payroll | -3,722.92 |
| 104 · Suspense account | 1,909.74 |
| **Total Checking/Savings** | -10,848.77 |
| **Accounts Receivable** | |
| 113 · Accounts Receivable | 240,681.07 |
| **Total Accounts Receivable** | 240,681.07 |
| **Other Current Assets** | |
| 106 · Payroll Clearing | 11,689.63 |
| 120 · Inventory | 969,837.00 |
| 121 · Undeposited Funds | -341.70 |
| 12100 · Inventory Asset | -67.35 |
| **Total Other Current Assets** | 981,117.58 |
| **Total Current Assets** | 1,210,949.88 |
| **Fixed Assets** | |
| 135 · Furniture and Equipment | |
| 136 · Accumulated Depreciation F&F | -22,843.68 |
| 135 · Furniture and Equipment - Other | 23,912.26 |
| **Total 135 · Furniture and Equipment** | 1,068.58 |
| 139 · Autos & Trucks | |
| 140 · Accum Depr. - Trucks | -26,148.00 |
| 139 · Autos & Trucks - Other | 26,148.00 |
| **Total 139 · Autos & Trucks** | 0.00 |
| 141 · Office Equipment | |
| 142 · Accum Depr. - Office Equipment | -17,522.00 |
| 141 · Office Equipment - Other | 19,670.94 |
| **Total 141 · Office Equipment** | 2,148.94 |
| **Total Fixed Assets** | 3,217.52 |
| **Other Assets** | |
| 164 · Investment - True Value | 64,814.25 |
| **Total Other Assets** | 64,814.25 |
| **TOTAL ASSETS** | 1,278,981.65 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 201 · Accounts Payable | 201,154.05 |
| 202 · Accounts Payable-Office Expense | 823,111.16 |
| **Total Accounts Payable** | 1,024,265.21 |
| **Credit Cards** | |
| 205 · Advanta Credit Card - Sid's | 4,050.43 |
| **Total Credit Cards** | 4,050.43 |
| **Other Current Liabilities** | |
| 211 · Accrued Expenses | 390,670.16 |
| 212 · Citibank - Credit Line | 222,217.06 |
| 213 · Citibank - Checking Plus | 4,984.49 |
| 224 · Sales Tax Payable | 65,838.65 |
| 230 · House Account Overpayments | 7,138.48 |

# SID'S HARDWARE & HOME CENTER CORP.
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **240 · Payroll Liabilities** | |
| 220 · Net Payroll | 4,920.25 |
| 221 · Payroll Deduction - Transit | 102.37 |
| 222 · Payroll Deduction - Union Dues | 287.98 |
| **Total 240 · Payroll Liabilities** | 5,310.60 |
| **Total Other Current Liabilities** | 696,159.44 |
| **Total Current Liabilities** | 1,724,475.08 |
| **Long Term Liabilities** | |
| 231 · Notes Payable - Avi Erdos | 420,350.00 |
| 236 · Michael S. Gold Loan Payable | |
| 236A · Chase - Credit Line | 353,627.19 |
| 236 · Michael S. Gold Loan Payable - Other | 100,847.00 |
| **Total 236 · Michael S. Gold Loan Payable** | 454,474.19 |
| **Total Long Term Liabilities** | 874,824.19 |
| **Total Liabilities** | 2,599,299.27 |
| **Equity** | |
| 300 · Opening Bal Equity | -327,004.60 |
| 301 · Common Stock | 5,000.00 |
| 303 · Treasury Stock | -900,000.00 |
| 304 · Paid in Capital | 18,000.00 |
| 305 · Retained Earnings | -49,133.26 |
| 307 · Accumulated Adjustments | 336,853.25 |
| Net Income | -403,679.44 |
| **Total Equity** | -1,319,964.05 |
| **TOTAL LIABILITIES & EQUITY** | 1,279,335.22 |

# SCHEDULE III

## List of Currently Pending Action

Civil Court of the City of New York
County of Kings, Part 52
L&T Index No.: 103160/2009

Forest City Jay Street Associates, L.P.

    against

Sid's Hardware and HomeCenter Corp.

Attorneys for Plaintiffs:

Ellenoff Grossman & Schole, LLP
150 East 42nd Street – 11th Fl.
New York, NY 10017

    The Plaintiff (Debtor's landlord) is seeking a warrant of eviction for the Debtor's leased premises at 345 Jay Street, Brooklyn, NY. A trial is scheduled for January 25, 2010.